DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLEN A. JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3756

[May 9, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 14000080CFAXMX.

Glen Johnson, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***